UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA    :
:   **Order of Continuance**
v.    :
:   **18 Mag. 5337**
MUBARAK BATURI,    :
   a/k/a "Eben Karsah,"    :
:
*Defendant.*    :
------------------------------------------------------------X

ORIGINAL

      Upon the application of the United States of America and the affirmation of Juliana N. Murray, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of Title 18, United States Code, Sections 371, 1349, 1956, and 1028A in a Complaint dated June 21, 2018;

      It is further found that the defendant was presented before Magistrate Judge Henry B. Pitman on June 21, 2018;

      It is further found that the defendant was detained pending satisfaction of bail conditions, which bail conditions were satisfied on June 25, 2018, and David Ruhnke, Esq. has been appointed as defense counsel;

      It is further found that, under the Speedy Trial Act, the Government was initially required to file an indictment or information on or before July 23, 2018;

      It is further found that Assistant United States Attorney Juliana N. Murray and Mr. Ruhnke have engaged in discussions concerning a possible disposition of this case and are continuing discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance to engage in further discussions with defense counsel about the disposition of this case and that the defendant,

through counsel, has consented to such a continuance and has specifically waived his right to be charged in an indictment or information for an additional period not to exceed 30 days;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until August 22, 2018, and that a copy of this Order and the affirmation of Assistant United States Attorney Juliana N. Murray be served via electronic mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       July 23, 2018

HONORABLE DEBRA FREEMAN  JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE